U.S. DISTRICT COURT
DISTRICT OF NH
FILED

FEB 10  8 55 AM '05

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Terrance P. Qualters

v.                                                          Civil Action No. 04-390-SM

Town of Winchester


**JUDGMENT**

In accordance with Order dated February 9, 2005 by Chief Judge McAuliffe, judgment is hereby entered.

By the Court,

*/s/ James R. Starr*
James R. Starr, Clerk

February 10, 2005

cc:   Terrance P. Qualters, pro se
      R. Matthew Cairns, Esq.